# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7834363 | Bizyayev | 80591 |

WLI

7834363

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 1510  12/02/2019 | LRS 32:64 |

Place of Offense: Holmund adj Kucinski ST

Offense Description: Factual Basis for Charge  HAZMAT ☐

Speed (33/20)

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Schultz | Kelli | G.M |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| HCP7652 | OH | 12 | Chev/Equinox | | Black |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ 43  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ 73  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US MAGISTRATE CT BLDG 1946 1E ST Ft POLK LA 71459

Date: 02/03/2020
Time: 0800

37 531 6143

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Kelli Schultz

(Rev. 09/2015)  Original - CVB Copy

CVB SCAN 12/27/2019 13:43

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02 December, 20 19 while exercising my duties as a law enforcement officer in the Western District of Louisiana

LOCATION: Holmund adj to Kucinski St
VEHICLE: 2012 Chevrolet Equinox
DIRECTION: South
Speed (33 / 20)

I (TAI-13, Bizyayev) observed the aforementioned vehicle traveling southbound on Holmund at a speed estimated to be greater than the posted speed limit. I visually estimated vehicle to be traveling 30 MPH. I activated my RADAR Unit and obtained an audio and digital display of 33 MPH in a posted 20 MPH zone. Speed was constant and confirmed by Doppler audio and pitch tone with the digital readout. Traffic stop was initiated and contact was made with Subject (Schultz). Subject was issued one CVN for Speed and was released on her own recognizance.

WEATHER: Clear
ROADWAY: Dry
TRAFFIC: Moderate
PASSENGERS: 2 Children
ATTITUDE: Cooperative

The foregoing statement is based upon:

☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/02/2019   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 12/27/2019 13:43